**Order entered January 14, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00005-CV

**IN RE SENRICK WILKERSON, Relator**

**Original Proceeding from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F10-01183-J**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/      ELIZABETH LANG-MIERS
        JUSTICE